UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | CR 88-732 RSWL |
| | ) | |
| Plaintiff, | ) | **ORDER RE: Defendant Gerald Mark Williams's Motion for a Reduction of Sentence Based on the Retroactive Crack Sentencing: Guidelines of 18 to 1** |
| v. | ) | |
| | ) | |
| Gerald Mark Williams | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  The Court is in receipt of Defendant Gerald Mark Williams's Motion for a Reduction of Sentence Based on the Retroactive Crack Sentencing: Guidelines of 18 to 1, filed on August 12, 2011.  Defendant asserts that his sentence should be reduced because he was not charged with firearm possession and was not deemed an armed career criminal offender.

  The Court sets a briefing schedule regarding this Motion and hereby orders the Government to submit its Opposition to the Court regarding Defendant's Motion no

1

later than October 14, 2011.  Any Reply brief must be filed with the Court no later than December 16, 2011, at which time the matter will stand submitted.

DATED: August 17, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge